**Harold FLORA and Maria Flora, Plaintiffs–Appellants,**

v.

**ECONOMY FIRE AND CASUALTY, Defendant–Respondent.**

No. 70063.

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 17, 1996.

Gerald M. Dunne, P.C., Clayton, for plaintiffs–appellants.

Kathi L. Chestnut, P.C., Clayton, for defendant–respondent.

Before CRAHAN, P.J., and GRIMM, and HOFF, JJ.

238 

## ORDER

PER CURIAM.

Harold Flora and Maria Flora appeal two trial court orders dismissing Count I and II, respectively, of their breach of contract petition against Economy Fire and Casualty.

No error of law appears. An extended opinion would have no precedential or jurisprudential value. Judgments affirmed in accordance with Rule 84.16(b).